UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PRISON LEGAL NEWS,

    Plaintiff,

v.    Case No. 15-12350

ANTHONY WICKERSHAM, MICHELLE
SANBORN and MACOMB COUNTY,    HON. AVERN COHN

    Defendants.

_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON CLAIMS FOR DECLARATORY RELIEF, (Doc. 55)

**I.**

This is a First Amendment case brought under 42 U.S.C. § 1983 involving the distribution of a publication, *Prison Legal News*, to inmates of the Macomb County Jail.

Plaintiff Prison Legal News is suing Defendant Macomb County and its officials over the jail's inmate mail policy that was instituted in August 2013 and later revised.

**II.**

The Court bifurcated plaintiff's claims for injunctive relief and claims for damages.

On June 17, 2016, the Court entered a stipulated order of permanent injunction regarding inmate mail, (Doc. 49). Plaintiff seeks no further injunctive relief.

**III.**

On January 11, 2017, plaintiff filed a "Motion for Summary Judgment on Claims for Declaratory Relief," (Doc. 55). Plaintiff asks the Court for a declaratory judgment.

**IV.**

For the reasons stated on the record at the June 7, 2017 hearing on plaintiff's motion, it is DENIED because it seeks an advisory opinion from the Court.

SO ORDERED.

s/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated: June 13, 2017
      Detroit, Michigan